# In The United States Court of Federal Claims
## Form 2
## Cover Sheet

Plaintiff(s) or Petitioner(s)

26-1031 C

Names: Inclusive Prosperity Capital, Inc.

Location of Plaintiff(s)/Petitioner(s) (city/state): Hartford, Connecticut

(If this is a multi-plaintiff case, pursuant to RCFC 20(a), please use a separate sheet to list additional plaintiffs.)

Name of the attorney of record (See RCFC 83.1(c)): Issac D. Schabes
    Firm Name: Crowell & Moring LLP

Contact information for pro se plaintiff/petitioner or attorney of record:

Post Office Box:
Street Address: 600 Fifth Street NW
City-State-ZIP: Washington, D.C. 20001
Telephone Number: 202.654.6706
E-mail Address: ISchabes@crowell.com

Is the attorney of record admitted to the Court of Federal Claims Bar? ☑Yes ☐No

---

Nature of Suit Code: 118
Select only one (three digit) nature-of-suit code from the attached sheet.

Agency Identification Code: EPA
Number of Claims Involved: 5

Amount Claimed: $ 249,300,000
Use estimate if specific amount is not pleaded.

Bid Protest Case (required for NOS 138 and 140):
Indicate approximate dollar amount of procurement at issue: $
    Is plaintiff a small business? ☐Yes ☐No
    Was this action proceeded by the filing of a ☐Yes ☐No    Solicitation No.
    protest before the GAO?
    If yes, was a decision on the merits rendered? ☐Yes ☐No

Income Tax (Partnership) Case:
Identify partnership or partnership group:

Takings Case:
Specify Location of Property (city/state):

Vaccine Case:
Date of Vaccination:

Related case:
Is this case directly related to any pending or previously filed ☐Yes ☑No
case(s) in the United States Court of Federal Claims? If yes, you
are required to file a separate notice of directly related case(s). See RCFC 40.2.

194