IN THE UNITED STATES COURT OF FEDERAL CLAIMS

INCLUSIVE PROSPERITY CAPITAL, INC.,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

Case No. 26-1031

Chief Judge Matthew H. Solomson

**CONSENTED MOTION FOR LEAVE TO SUBSTITUTE COUNSEL OF RECORD AND NOTICE OF WITHDRAWAL OF FORMER COUNSEL OF RECORD**

Pursuant to Rule 83.1(b) of the Rules of the Court of Federal Claims, Plaintiff Inclusive Prosperity Capital, Inc. hereby seeks leave to substitute Kenneth Dintzer as its lead counsel of record and provides notice of withdrawal of its former counsel of record, Issac D. Schabes. Attached hereto is an Affidavit of Appointment executed by Mr. Dintzer. Mr. Schabes, the undersigned, hereby consents to the substitution and withdrawal.

August 20, 2026

Respectfully submitted,

/s/ Issac D. Schabes
Issac D. Schabes

Kenneth Dintzer
Alexandra Barbee-Garrett
Nicholas L. Roberti
CROWELL & MORING LLP
600 Fifth Street, NW
Washington, D.C. 20001
(202) 624-2500
ischabes@crowell.com

*Attorneys for Plaintiff*

Stacey P. Geis
CROWELL & MORING LLP
3 Embarcadero Center 26th Floor
San Francisco, CA 94111
(415) 986-2800
sgeis@crowell.com

**AFFIDAVIT OF APPOINTMENT**

1. I, Kenneth Dintzer, have been retained and appointed by Inclusive Prosperity Capital, Inc. to serve as counsel of record in the above-captioned case.
2. I am admitted to practice before the U.S. Court of Federal Claims.
3. My colleagues, Stacey P. Geis, Alexandra Barbee-Garrett, Issac D. Schabes, and Nicholas L. Roberti will continue to represent Plaintiff Inclusive Prosperity Capital, Inc. as of counsel in this matter.

August 20, 2026

Respectfully submitted,

/s/ Kenneth Dintzer
Kenneth Dintzer
(Requested Counsel of Record)